AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LEONARDO HERDENEZ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-24912-JLK |
| ARLICAN WOOD DESIGN, INC., a Florida for-profit corporation; and ARTURO VARGAS, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARLICAN WOOD DESIGN, INC., a Florida
for-profit corporation;
Registered Agent: Arturo Vargas
18162 NW 91st Ct.
Miami Lakes, Fl 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pelayo Duran, Esq.
The Law Office of Pelayo Duran, PA
4640 NW 7th St.
Miami, Fl 33126

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/27/2019

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LEONARDO HERDENEZ<br><br>*Plaintiff(s)*<br>v.<br>ARLICAN WOOD DESIGN, INC., a Florida for-profit corporation; and ARTURO VARGAS,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-24912-JLK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arturo Vargas, individually
Registered Agent: Arturo Vargas
18162 NW 91st Ct.
Miami Lakes, Fl 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pelayo Duran, Esq.
The Law Office of Pelayo Duran, PA
4640 NW 7th St.
Miami, Fl 33126

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/27/2019

Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS